UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO GUZMAN and KEVIN WHITLATCH, individually and on behalf of all similarly situated current and former employees,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DOW AGROSCIENCES LLC, CORTEVA AGRISCIENCE LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:22-CV-04962-RFL<br><br>[~~PROPOSED~~] JUDGMENT AS MODIFIED<br><br>Judge:　Hon. Rita F. Lin<br><br>Complaint Filed: August 30, 2022<br>First Amended<br>Complaint:　　November 7, 2022<br>Trial Date:　　Not Set |

The Court hereby enters final judgment in this action as between Plaintiffs Diego Guzman and Kevin Whitlatch ("Named Plaintiffs") and the Class and Defendants Dow Agrosciences LLC, Corteva Agriscience LLC ("Defendants" or "Dow"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Plaintiffs and the Class are hereby released as against Defendants and all other Released Parties as defined in the Settlement. As of the Effective Date of the Settlement, as defined in the Settlement, all of the Released Claims of each Class Member who did not timely opt out, as well as the Class Representatives' Released Claims, are and shall be deemed to be conclusively released as against the Defendants. Except as to such rights or claims that may be created by the Settlement, all Class Members as of the date of this Judgment who did not timely opt out are hereby forever barred and enjoined from commencing or prosecuting any of the Released Claims, either directly, representatively or in any other capacity, against Defendants.

2. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

3. The parties and the Claims Administrator are hereby ordered to comply with the terms of the Settlement.

4. This action is dismissed with prejudice as against the Defendants, each side to bear its own costs and attorneys' fees except as provided by the Settlement and the Court's orders.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

/ / /

/ / /

/ / /

6. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

DATED: July 30, 2024

HONORABLE RITA F. LIN
United States District Judge